DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANCISCO THERMITUS,**
Appellant,

v.

**WIDELINE TELISME,** as Personal Representative of
the **ESTATE OF WESTON THERMITUS,**
Appellee.

No. 4D20-2506

[December 16, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502016CP005464XXXXMB.

Kansas R. Gooden and Lara J. Edelstein of Boyd & Jenerette, PA, Boca Raton, for appellant.

Kara Rockenbach Link of Link & Rockenbach, PA., West Palm Beach, and Brian R. Denney of Searcy Denney Scarola Barnhart & Shipley, PA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***